UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SUNDERLAND ASSOCIATION FOOTBALL CLUB LTD., <br> *Plaintiff* <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br> *Defendants* | § § § § § § § § § § § § § <br><br> No. 1:25-CV-01786-ADA |

# ORDER

Plaintiff Sunderland Association Football Club Ltd. appears to move for expedited discovery in this case. Dkt. 13. The Court says "appears to" because while the filing is on this docket, the caption and the body of the motion refer to a completely different case. *See id.* at 1 (referring to "Plaintiff, Edward R. Pressman Film Corporation"). And, despite our Local Rules' mandate that "the movant advise[] the court within the body of the motion that counsel for the parties have conferred in a good-faith attempt to resolve the matter by agreement and certif[y] the specific reason that no agreement could be made," no such certification has been made. *See* W.D. Tex. Loc. R. CV-7(G).

If counsel wishes to pursue its volume litigation in this District, they would be well advised to employ some form of quality control and familiarize themselves with our local rules before wasting the Court's time with erroneous filings like this one. Future filings of this nature will be met with an order to show cause, requiring every

1

attorney listed in the signature block of the motion to appear for an in-person hearing before the undersigned to explain why they should not be subjected to sanctions under Federal Rule of Civil Procedure 11.

For the reasons stated above, the Court **DENIES** the motion, Dkt. 13.

SIGNED December 11, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE